DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**MARIO F. MERCADER, et al.**,<br><br>Defendants. | CRIMINAL CASE NO. 01-00063-002<br><br>O R D E R |

IT IS HEREBY ORDERED that **PHILIP J. TYDINGCO** is appointed to represent defendant **EDITHA I. FULLER** in the above-entitled case.

Dated this 29th day of August, 2005.

JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM